COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-15-00392-CV

Style:        In re Hugh Larkin, Relator.

Date motion filed[*]:        May 6, 2015

Type of motion:        Motion to Deliver Privileged Documents for In Camera Review

Parties filing motion:        Relator

Document to be filed:        Documents for *In Camera* Review in Sealed Envelope

Is appeal accelerated?        Yes (mandamus)

If motion to extend time:

     Original due date:        N/A

     Number of extensions granted:      0        Current Due Date: N/A

     Date Requested:        N/A

Ordered that motion is:

     ☑ Granted

        If document is to be filed, document due: 10 days from the date of this order.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

    Relator's motion to deliver privileged documents for *in camera* review, for this Court's review of his mandamus petition, is **granted**. Accordingly, relator is ordered to deliver the same documents that were presented to the trial court for *in camera* review to the Clerk of this Court in a sealed envelope marked, "Submitted for In Camera Review Only," with the cause number and style, **within 10 days of the date of this order**. *Cf.* TEX. R. CIV. P. 193.4(a).

Judge's signature: /s/ Laura C. Higley
         ☑ Acting individually      ☐ Acting for the Court

Date: May 12, 2015